IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WAYTUS SHELTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO: |
| vs. ) | |
| ) | [Removed from State Court |
| AAMERICAN TRUCKING LLC D/B/A., ) | of Clayton County, Civil |
| ALL AMERICAN TRUCKING, KNIGHT ) | Action File No: 2022CV01007 |
| SPECIALTY INSURANCE COMPANY ) | |
| AND ARMANDO PALMAS ) | |
| ) | |
| Defendants. ) | |

## **PETITION FOR REMOVAL**

COMES NOW defendants Aamerican Trucking LLC d/b/a All American Trucking, Knight Specialty Insurance Company and Armando Palamas and shows this Honorable Court as follows:

1.

Plaintiff Waytus Shelton filed a Complaint for Damages against Petitioner/Defendant in the State Court of Clayton County, State of Georgia, denominated as Civil Action No. 2022CV01007 and styled Waytus Shelton vs. Aamerican Trucking LLC d/b/a All American Trucking, Knight, Specialty

<u>Insurance Company and Armando Palmas.</u> True and correct copies of all pleadings and orders served upon Defendants are attached hereto as Exhibit "A."

2.

Upon information and belief, Plaintiff is a citizen of the State of Georgia, Georgia. (See Complaint at ¶ 1, attached as Exhibit "B").

3.

Petitioner/Defendant Aamerican Trucking LLC d/b/a All American Trucking is an Texas corporation with its principal place of business in Texas.

4.

The sole member of Aamerican Trucking LLC d/b/a All American Trucking is Monica Cordero who is a citizen of Texas.

5.

Petitioner/Defendant Knight Specialty Insurance Company is a foreign corporation that exists under the laws of Delaware with its principle place of business in California.

6.

Petitioner/Defendant Armando Palmas is a citizen of the State of Texas.

7.

In his Complaint, plaintiff Waytus Shelton made a prayer for medical expenses in excess of $160,000. (See Complaint at ¶¶ 27, attached as Exhibit "B").

8.

The matter in controversy is one in which this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332 as it involves citizen parties of different states and as the amount in controversy is believed to exceed the sum of $75,000. Therefore, pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1446(a), this matter may be removed to this Court.

9.

Venue in this Court is proper pursuant to 28 U.S.C. §§1391 and 1441.

10.

This Petition is filed within 30 days after receipt by Defendant Armando Palamas of plaintiff's Complaint demonstrating the case is removable pursuant to 28 U.S.C. § 1446(b).

11.

Defendants Aamerican Trucking LLC d/b/a All American Trucking and Knight Specialty Insurance Company consent to this removal.

WHEREFORE, Defendant prays that this Petition be filed, that the entire action referred to herein above be removed to and proceed in the United States District Court for the Northern District of Georgia, Atlanta Division, that no further proceeds be held in the case originally filed in the State Court of Clayton County, State of Georgia, and that Petitioner/Defendants have such other and further relief as this Court deems just and proper in the circumstances.

This 11th day of July, 2022.

/s Brian F. Williams
JONATHAN M. ADELMAN
Attorney Bar Number: 005128
BRIAN F. WILLIAMS
Attorney Bar Number:  212511
Attorneys for Defendants Aamerican Trucking LLC d/b/a All American Trucking, Knight Specialty Insurance Company, and Armando Palmas
Waldon Adelman Castilla Hiestand & Prout
900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
Telephone: (770) 953-1710
Email: jadelman@wachp.com
Email: bwilliams@wachp.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WAYTUS SHELTON, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO: |
| vs. ) | |
| ) | |
| ) | [Removed from State Court |
| AAMERICAN TRUCKING LLC D/B/A., ) | of Clayton County, Civil |
| ALL AMERICAN TRUCKING, KNIGHT ) | Action File No: 2022CV01007 |
| SPECIALTY INSURANCE COMPANY )_ | |
| AND ARMANDO PALMAS ) | |
| ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2022, I electronically filed Defendants Aamerican Trucking LLC d/b/a All American Trucking, Knight Specialty Insurance Company and Armando Palamas' Petition for Removal using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney(s) of record:

>Philip A. Pendergrass, Jr., Esq.
>The Pendergrass Law Firm, PC
>45 Technology Parkway
>Suite 230
>Peachtree Corners, GA  30092
>404-348-4511

philip@georgiatrialfirm.com

Submitted this 11th day of July, 2022.

        s/Brian F. Williams
        JONATHAN M. ADELMAN
        Attorney Bar Number: 005128
        BRIAN F. WILLIAMS
        Attorney Bar Number:  212511
        Attorneys for Defendants Aamerican Trucking LLC d/b/a All American Trucking, Knight Specialty Insurance Company, and Armando Palmas
        Waldon Adelman Castilla Hiestand & Prout
        900 Circle 75 Parkway
        Suite 1040
        Atlanta, Georgia 30339
        Telephone: (770) 953-1710
        Email: jadelman@wachp.com
        Email: bwilliams@wachp.com